**DONALD M. GINDY** [SBN – 45228]
A Professional Law Corporation
1880 Century Park East, Suite 615
Los Angeles, California 90067-1622
TEL (310) 772-0585/FAX (310) 772-0018
Email: don@gindylaw.com
Attorney for Plaintiff VBConversions

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA- WEST REGION

| | |
|---|---|
| VBConversions LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> DWFritz, Inc., an Oregon corporation; Jim Jong aka Jim Xiong, an individual; Does 1-10, inclusive, <br><br> Defendants. | CASE NO. CV11-6845PA(JCx) <br><br> Assigned to Hon. Percy Anderson <br> Courtroom 15 <br><br> **ORDER TO STIPULATION TO DISMISS WITH PREJUDICE** |

Having read and considered the stipulation of the parties to dismiss the within action with prejudice, the Court grants the request of the parties.

**IT IS SO ORDERED.**

Date: June 21, 2012                                       _____
                                                                       United Stated District Judge